DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORELEI EASLEY, AS GUARDIAN OF THE ESTATE OF
DONALD SHACKELFORD,**
Appellant,

v.

**WILLIAM WHIGHAM, GOODFELLA'S PIZZA, PASTA & SUBS NO. III,**
and **PACIFIC INDEMNITY COMPANY,**
Appellees.

No. 4D18-3611

[February 20, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet C. Croom, Judge; L.T. Case No. 562014CA001871.

Sorraya M. Solages-Jones of Lytal, Reiter, Smith, Ivey & Fronrath, West Palm Beach, and Timothy C. Felice of Felice & Ehrlich, West Palm Beach, for appellant.

Rickey L. Farrell of Rickey L. Farrell, Attorney at Law, P.A., Port St. Lucie, for appellee Goodfella's Pizza, Pasta & Subs No. III.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***